# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RAY CHRIS MOBLEY,**

    **Plaintiff,**

v.                          **CASE NO. 5:11-cv-178-RS-EMT**

**CORRECTIONS CORP.**
**OF AMERICA, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on February 10, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**